AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Jennifer Caulfield

       Plaintiff,   **JUDGMENT IN A CIVIL CASE**

V.

                                                  Case Number:  12-cv-2761 DSD/JJK

American Account & Advisors, Inc., John Doe

       Defendant,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
```
defendant's motion to dismiss [ECF No. 13] is treated as a motion
for judgment on the pleadings and is granted.
```

May 13, 2013                                                     RICHARD D. SLETTEN, CLERK
Date

                                                                    s/ Katie Thompson
                                                     (By)        Katie Thompson   Deputy Clerk