# INVOICE



Discover the art of service!
222 South Ninth Street, Suite 450
Minneapolis, MN 55402
tel 612.338.3376  fax 612.338.5226
www.benchmark-reporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91035 | 3/5/2013 | 42463 |
| Job Date | Case No. | |
| 2/27/2013 | | |

| Case Name |
|---|
| Jennifer Caulfield v. American Account & Advisors, Inc. |
| |

| Payment Terms |
|---|
| Due upon receipt |

Richard J. Malacko
Malacko Law Office
332 Minnesota Street Suite W1610
Saint Paul, MN  55101

ORIGINAL AND ONE CERTIFIED TRANSCRIPT OF:
  Jennifer L. Caulfield                                                                                         380.00

                                         TOTAL DUE >>>        $380.00
                                         AFTER 4/4/2013 PAY   $437.00

Benchmark has gone GREEN!

All invoices are provided in electronic format, directed to the ordering attorney from your firm.  If there is a different email address where
we should direct the billing or if you prefer paper billing, please email:  info@benchmark-reporting.com.

Thank you for helping us keep the trees in the forest!!

Tax ID: 41-1224131                                                                Phone: 651-223-5175   Fax:651-223-5179

*Please detach bottom portion and return with payment.*

Richard J. Malacko
Malacko Law Office
332 Minnesota Street Suite W1610
Saint Paul, MN  55101

Job No.       : 42463            BU ID        : 1-MAIN
Case No.      :
Case Name     : Jennifer Caulfield v. American Account &
                Advisors, Inc.
Invoice No.   : 91035            Invoice Date : 3/5/2013
Total Due     : $380.00
AFTER 4/4/2013 PAY $437.00

**PAYMENT WITH CREDIT CARD**                                  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   Benchmark Reporting Agency, Inc.
            222 South Ninth Street, Suite 450
            Minneapolis, MN  55402